**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Douglas Dribben                          *

  **Plaintiff,**
                                         *

  **v.**                                 *        **Case No.**    1:22-cv-01143-MJM

Homefix Custom Remodeling Corp.          *

  **Defendant.**                         *

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☑  I certify, as party/counsel in this case that ___Homefix Custom Remodeling, Corp.___
                                                        (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:
                                                        (name of party)

NONE _____ .
                                    (names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:
NONE _____ .
                        (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐   In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____              _____
(name of member)                                                    (state of citizenship)

_____              _____
(name of member)                                                    (state of citizenship)

_____              _____
(name of member)                                                    (state of citizenship)

_____              _____
(name of member)                                                    (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship
on a separate sheet of paper.

June 7, 2022                                                    /s/ Gabriel D. Pinilla
_____                     _____
Date                                                              Signature

                                                                   Gabriel D. Pinilla. Esq., #22373
                                                                   _____
                                                                   Printed name and bar number

                                                                   2301 Blake Street, Suite 100, Denver, CO 80205
                                                                   _____
                                                                   Address

                                                                   gabriel.pinilla@arlaw.com
                                                                   _____
                                                                   Email address

                                                                   813-227-5516
                                                                   _____
                                                                   Telephone number

                                                                   813-402-2887
                                                                   _____
                                                                   Fax number