IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Douglas Dribben | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.  SAG-22-1143 |
| Homefix Custom Remodeling Corp. | * | |
| Defendant | * | |

******

**ORDER**

UPON CONSIDERATION of Defendant, Homefix Custom Remodeling, Corp.'s Motion for a second extension of the discovery bifurcation period, the Opposition filed by Plaintiff, and the Reply, it is, this 21st of February 2023, hereby ORDERED that Homefix Custom Remodeling, Corp.'s Second Motion to Extend Discovery Bifurcation Period, ECF 40, is **GRANTED**. The bifurcation period established by the Court's prior Order [ECF 30] and extended by the Court's Order of January 5, 2023 [ECF 37], and all other deadlines pertaining to the discovery bifurcation set forth in said Order, shall be and hereby are extended by an additional 30 days, until March 10, 2023.  NO FURTHER EXTENSIONS OF THE BIFURCATION PERIOD WILL BE GRANTED, AND CLASS DISCOVERY CAN COMMENCE WHEN THE THIRTY-DAY EXTENSION EXPIRES.

Date:  2/21/2023

/s/
Stephanie A. Gallagher
United States District Judge