**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DOUGLAS DRIBBEN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CASE NO.: 1:22-cv-01143-SAG** |
| v. | ) | |
| | ) | |
| **HOMEFIX CUSTOM REMODELING, CORP.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**HOMEFIX CUSTOM REMODELING, CORP.'S
DISCOVERY BIFURCATION STATUS REPORT**

Homefix Custom Remodeling, Corp. ("**Defendant**") respectfully submits this Status Report regarding discovery bifurcation.

On <u>November 14, 2022</u>, the Court entered an Order [D.E. 30] bifurcating discovery in this action and imposing certain related requirements on the Parties (the "**Bifurcation Order**"]. Specifically, the Bifurcation Order notes that upon expiration of the period of bifurcated discovery, Plaintiff must notify the Court as to its intention to proceed with class-wide discovery.

The period of bifurcated discovery was extended twice, the most recent having been entered on <u>February 21, 2023</u> [D.E. 45] (the "**Second Extension Order**"). The Second Extension Order states that the period of bifurcated discovery would run through March 10, 2023, after which class discovery can commence.

Defendant hereby reports the following matters relevant to the period of bifurcated discovery: **(1)** In accordance with the Second Extension Order, class-wide discovery can now proceed. Defendant has confirmed same with counsel for Plaintiff and further advised that Defendant is assessing to what extent existing discovery responses may warrant supplementation. Defendant otherwise intends to cooperate in good faith with Plaintiff to address and comply with

class-wide discovery. **(2)** Despite persistent diligent efforts to secure call logs and related materials

pertinent to the viability of Plaintiff's individual claims in this action, the U.S. Army Network

Enterprise Technology Command ("**NETC**") still has not provided a substantive response or

production in response to Defendant's subpoena seeking the relevant records. Defendant is in

ongoing and active discussions with NETC officials and is hopeful that a response and responsive

information will be forthcoming soon. **(3)** In light of the still outstanding subpoena materials, the

viability of Plaintiff's individual claims remains in question and Defendant continues to hold open

the possibility of seeking consideration of an appropriate dispositive motion directed to Plaintiff's

individual claim asserted herein.

Respectfully submitted on March 13, 2023.

/s/ Gabriel D. Pinilla
Gabriel D. Pinilla
Bar No. 22373
Louis M. Ursini, III*
Florida Bar No. 355940
*Admitted pro hac vice
**ADAMS AND REESE, LLP**
2301 Blake Street, Suite 100
Denver, CO 80205
Telephone: 813-227-5516
Facsimile: 813-402-2887
Gabriel.Pinilla@arlaw.com
Louis.Ursini@arlaw.com
Alisyn.Bukowski@arlaw.com
Lisa.Stallard@arlaw.com
Counsel for Homefix Custom Remodeling, Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2023 I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will automatically serve a copy via electronic

mail to all counsel of record.

/s/ Gabriel D. Pinilla
Gabriel D. Pinilla
Bar No. 22373

## SERVICE LIST

Attorneys for Douglas Dribben:

John McGowan
KINNER & McGOWAN, PLLC
413 East Capitol Street SE, First Floor
Washington, D.C. 20003
Email: jmcgowan@kinnermcgowan.com
Telephone: (202) 846-7148

Raina C. Borrelli
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Email: raina@turkestrauss.com
Telephone: (608) 237-1775
Facsimile: (608) 509-4423