IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOUGLAS DRIBBEN<br><br>                    Plaintiff,<br><br>vs.<br><br>HOMEFIX CUSTOM REMODELING CORP.<br><br>                    Defendant. | Case No. 1:22-cv-01143-SAG<br><br>Judge Stephanie A. Gallagher |

### JOINT PROPOSED AMENDED CASE SCHEDULE

Plaintiff Douglas Dribben ("Plaintiff") and Defendant Homefix Custom Remodeling Corp. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree to the following proposed amendments to the current case schedule, Dkt. 26 (approving the dates proposed by stipulation at Dkt. 24).

The bifurcated discovery period has ended and, as Defendant notified the Court on March 13, 2023, the parties are proceeding with fact discovery, including fact discovery. Dkt. 46. As a result, an amended case schedule should be set given the time that has passed since the prior schedule was set in July 2022. The parties jointly propose and stipulate to the following deadlines.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Joinder of Additional Parties | October 18, 2022 | June 30, 2023 |
| Fact Discovery Cutoff | February 6, 2023 | September 8, 2023 |
| Plaintiff's Expert Reports | February 27, 2023 | September 29, 2023 |
| Defendant's Expert Reports | March 27, 2023 | October 31, 2023 |
| All Expert Discovery Completed and submission of Status Report | April 26, 2023 | November 17, 2023 |
| Class Certification Deadline | May 26, 2023 | December 15, 2023 |

1

| Summary Judgment Filing Deadline | 60 days after the Court's ruling on class certification | 60 days after the Court's ruling on class certification |
|---|---|---|
| Trial | TBD | TBD |

The Parties respectfully request the Court to approve this stipulation proposing changes to the above deadlines in the existing Scheduling Order, Dkt. Nos. 24, 26.

Dated: March 21, 2023

/s/ Raina C. Borrelli
Raina C. Borrelli (*pro hac vice*)
TURKE AND STRAUSS LLP
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

John Thomas McGowan, Jr.
KINNER & MCGOWAN PLLC
434 1/2 6th Street NE
Washington, DC 20002
Telephone: (901) 351-6776
jtmcgowan@gmail.com

*Attorneys for Plaintiff*

/s/ Gabriel Pinilla
Gabriel Pinilla
ADAMS AND REESE LLP
2301 Blake Street, Suite 101
Denver, CO 80205
Telephone: (813) 227-5516
gpinilla@cotneycl.com

Louis M Ursini, III
ADAMS AND REESE LLP
100 N Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: (813) 227-5536
Facsimile: (813) 402-2887
louis.ursini@arlaw.com

*Attorneys for Defendant*

**SO ORDERED,** this  22nd   day of       March        , 2023.

/s/
Hon. Stephanie A. Gallagher
United States District Court Judge