# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

March 15, 2024

**VIA ECF**

Judge Stephanie A. Gallagher
U.S. District Court for the District of Maryland
101 W. Lombard Street Room 7C
Baltimore, MD 21201

    Re:   *Dribben, et. al. v. Homefix Custom Remodeling Corp.*
            **Civil Action No. 22-cv-1143-SAG**

Dear Judge Gallagher:

The Plaintiff and Defendant are submitting this letter with a Proposed Scheduling Order:

| | |
|---|---|
| **Moving for joinder of additional parties and amendment of pleadings** | August 12, 2024 |
| **Plaintiff's Rule 26(a)(2) disclosures** | December 18, 2024 |
| **Defendant's Rule 26(a)(2) disclosures** | January 20, 2025 |
| **Plaintiff's rebuttal Rule 26(a)(2) disclosures** | February 19, 2025 |
| **Rule 26(e)(2) supplementation of disclosures and responses** | March 19, 2025 |
| **Discovery deadline; submission of status report** | May 12, 2025 |
| **Requests for admission** | May 26, 2025 |
| **Dispositive Motion and Class Certification Motion Deadline** | July 11, 2025 |

March 15, 2024
Page 2

The parties do not request a settlement conference at this time and will request one if they both agree to conducting the same in the future.

                Respectfully Submitted,

                Anthony I. Paronich

cc:  All Counsel of Record (Via ECF)