IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DOUGLAS DRIBBEN**, **ROBIN ARIEL MIRANDA**, **MARY GONZALEZ**, and **MARY JEANNE MAUNEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**HOMEFIX CUSTOM REMODELING. CORP.**,<br><br>Defendant. | Case No. 1:22-cv-01143-SAG<br><br>Judge Stephanie A. Gallagher |

## STATUS REPORT

Homefix Custom Remodeling Corp ("**Homefix**"), respectfully submits the instant status report pursuant to this Court's December 11, 2024 Order [D.E. 68]:

1. On May 12, 2025, all parties engaged in a mediation conference facilitated by Hon. David E. Jones (ret.) of Resolute Systems, LLC.

2. Following mediation, the Parties agreed to a full and final resolution of this action (the "**Settlement**").

3. The parties are currently working together to finalize Settlement and related documents and expect to complete that process within the next few weeks.

4. The Parties will file a notice of settlement/dismissal once that process is completed.

Dated: July 18, 2025

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
D. Md. Bar No. 22373
ADAMS & REESE, LLP
11990 Grant Street, Suite 550

                                          Northglenn, CO 80233
                                          Telephone: (303) 970-2156
                                          Gabriel.Pinilla@arlaw.com

                                          Louis M Ursini, III (*pro hac vice*)
                                          ADAMS & REESE, LLP
                                          100 N Tampa Street, Suite 4000
                                          Tampa, FL 33602
                                          Telephone: (813) 227-5536
                                          Facsimile: (813) 402-2887
                                          louis.ursini@arlaw.com

                                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I, Gabriel Pinilla, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

      DATED this 18th day of July, 2025.

                                          ADAMS & REESE, LLP

                                          */s/ Gabriel D. Pinilla*
                                          Gabriel D. Pinilla
                                          11990 Grant Street, Suite 550
                                          Northglenn, CO 80233
                                          Telephone: (303) 970-2156
                                          Gabriel.Pinilla@arlaw.com
                                          *Attorney for Defendant*