IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOUGLAS DRIBBEN, ROBIN ARIEL MIRANDA, MARY GONZALEZ, and MARY JEANNE MAUNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMEFIX CUSTOM REMODELING CORP.<br><br>Defendant. | Case No. 1:22-cv-01143-SAG<br><br>Judge Stephanie A. Gallagher<br><br>STIPULATION TO DISMISS WITHOUT PREJUDICE |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice.

*[Counsel signature block to follow on next page.]*

1

Dated: October 16, 2025

*/s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
Alex Phillips *(pro hac vice)*
Andrew Gunem *(pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
aphillips@straussborrelli.com
agunem@straussborrelli.com

Anthony I Paronich
**PARONICH LAW PC**
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Telephone: (615)485-0018
anthony@paronichlaw.com

John Thomas McGowan , Jr
**KINNER & MCGOWAN PLLC**
434 1/2 6th St NE
Washington, DC 20002
Telephone: (901) 351-6776
jtmcgowan@gmail.com

*Counsel for Plaintiffs and the Class*

Dated: October 16, 2025

*Gabriel Pinilla*
Gabriel Pinilla
**ADAMS AND REESE, LLP**
11990 Grant Street, Suite 550
Northglenn, CO 80205
Telephone: (303) 970-2156
gabriel.pinilla@arlaw.com

Gerard J. Gaudet *(pro hac vice)*
**ADAMS AND REESE, LLP**
701 Poydras St. Suite 4500
New Orleans, LA 70139
Telephone: (504) 585-0287
gerard.gaudet@arlaw.com

Louis M Ursini , III *(pro hac vice)*
**ADAMS AND REESE, LLP**
100 North Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: (813) 402-2880
louis.ursini@arlaw.com

*Counsel for Defendant*