**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DOUGLAS DRIBBEN, ROBIN ARIEL MIRANDA, MARY GONZALEZ, and MARY JEANNE MAUNEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HOMEFIX CUSTOM REMODELING CORP. <br><br> Defendant. | Case No. 1:22-cv-01143-SAG <br><br> Judge Stephanie A. Gallagher <br><br> STIPULATION TO DISMISS WITHOUT PREJUDICE |

> **APPROVED**
>
> /s/        October 16, 2025
> ———————————————
> The Honorable Stephanie A. Gallagher
> United States District Judge

## STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice.

*[Counsel signature block to follow on next page.]*

Dated: October 16, 2025

*/s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
Alex Phillips *(pro hac vice)*
Andrew Gunem *(pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
aphillips@straussborrelli.com
agunem@straussborrelli.com

Anthony I Paronich
**PARONICH LAW PC**
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Telephone: (615)485-0018
anthony@paronichlaw.com

John Thomas McGowan , Jr
**KINNER & MCGOWAN PLLC**
434 1/2 6th St NE
Washington, DC 20002
Telephone: (901) 351-6776
jtmcgowan@gmail.com

*Counsel for Plaintiffs and the Class*

Dated: October 16, 2025

*Gabriel Pinilla*
Gabriel Pinilla
**ADAMS AND REESE, LLP**
11990 Grant Street, Suite 550
Northglenn, CO 80205
Telephone: (303) 970-2156
gabriel.pinilla@arlaw.com

Gerard J. Gaudet *(pro hac vice)*
**ADAMS AND REESE, LLP**
701 Poydras St. Suite 4500
New Orleans, LA 70139
Telephone: (504) 585-0287
gerard.gaudet@arlaw.com

Louis M Ursini , III *(pro hac vice)*
**ADAMS AND REESE, LLP**
100 North Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: (813) 402-2880
louis.ursini@arlaw.com

*Counsel for Defendant*